# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

Clifford W. Taylor,
Chief Justice

135920

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

A.C. DENNIS,
Plaintiff-Appellee,

v

WATERLAND TRUCKING SERVICE, INC.,
and ZURICH-AMERICAN INSURANCE
COMPANY OF ILLINOIS,
Defendants-Appellants,
and

WATERLAND TRUCKING SERVICE, INC.,
and RELIANCE INSURANCE COMPANY/
MICHIGAN PROPERTY & CASUALTY
GUARANTY ASSOCIATION,
Defendants-Appellees.

SC: 135920
COA: 278942
WCAC: 05-000216

_____/

On order of the Court, the application for leave to appeal the January 31, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk

t0519